1 | MICHAEL A. FARBSTEIN (SB# 107030)
2 | H. ANN LIROFF (SB# 113180)
  | FARBSTEIN & BLACKMAN
3 | A Professional Corporation
  | 411 Borel Avenue, Suite 425
4 | San Mateo, California 94402-3518
  | Telephone: (650) 554-6200
5 | Facsimile:  (650) 554-6240
  | Email: maf@farbstein.com
6 | Email: hal@farbstein.com

7 | Attorneys for Defendant
  | AUDITONE LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALANIS, individually, MARGARET TOWNS, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AUDITONE LLC, and DOES 1 through 25,<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant AUDITONE LLC (hereinafter "Defendant") does hereby remove to this Court the state court action described below:

1.  On May 17, 2021, Plaintiffs' counsel caused an amended action to be electronically filed in the Superior Court of the State of California, County of Orange, entitled *Richard Alanis, individually, Margaret Towns, individually, and on behalf of other members of the general public similarly situated vs. AuditOne LLC, and DOES 1 through 25,* Case No. 30-2021-01216373-CU-OE-CXC.  A true and correct copy of that amended complaint is attached

NOTICE OF REMOVAL

1

hereto as **EXHIBIT A**. Said action has as a Seventh Cause of Action alleging violations of the Fair Labor Standards Act (FLSA 29 U.S.C. § 201).

2. **EXHIBIT A** was served by email on May 19, 2022, by opposing counsel. The original action electronically filed on August 11, 2021, did not have any federal claims.

3. This case is removable under 28 U.S.C. § 1441(a) because this is a civil action in which the District Courts of the United States have been given original jurisdiction under 28 U.S.C. § 1331. Specifically, the Plaintiffs' complaint includes causes of action under the Fair Labor Standards Act (29 U.S.C. § 201, et seq.) for which federal jurisdiction is found. See 29 U.S.C. § 216; *Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691 (2003), pursuant to 28 U.S.C. § 1441(a).

4. This removal petition is made by all named defendants, all of whom consents to this Notice of Removal. *Proctor v. Vishay Intertechnology Inc.*, 584 F.3d 1208, 1225 (9th Cir. 2009).

Respectfully submitted,

DATED: May 19, 2022

FARBSTEIN & BLACKMAN
A Professional Corporation

By:     */s/ H. Ann Liroff*
MICHAEL A. FARBSTEIN (SB# 107030)
H. ANN LIROFF (SB# 113180)
Attorneys for Defendant
AUDITONE LLC

NOTICE OF REMOVAL

2