1  Michael A. Gould, Esq. (SBN 151851)
   Michael@wageandhourlaw.com
2  Aarin A. Zeif (SBN 247088)
   Aarin@wageandhourlaw.com
3  THE GOULD LAW FIRM
   A Professional Law Corporation
4  161 Fashion Lane, Suite 207
   Tustin, California 92780
5  Telephone: (714) 669-2850
   Facsimile: (714) 544-0800
6
   Attorneys for Plaintiffs
7  Richard Alanis and
   Margaret Towns
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALANIS, MARGARET TOWNS,<br><br>Plaintiffs,<br><br>v.<br><br>AUDITONE, LLC, and DOES 1 through 25,<br><br>Defendants. | CASE NO.: 8:22-cv-01029-DOC-KES<br>[Assigned to the Honorable David O. Carter]<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br><br>Case Filed: August 11, 2021<br>Trial Date: None Set |

---

1
**NOTICE OF SETTLEMENT OF ENTIRE CASE**

PLEASE TAKE NOTICE that all claims between all Parties in this matter have been resolved. Plaintiffs anticipate filing a dismissal of the action within sixty (60) days.

Dated: June 14, 2022

_____
Michael A. Gould
Aarin A. Zeif
THE GOULD LAW FIRM
A Professional Law Corporation
Attorney for Plaintiffs
Richard Alanis and
Margaret Towns