| | |
|---|---|
| 1 | Michael A. Gould, Esq. (SBN 151851) |
| | Michael@wageandhourlaw.com |
| 2 | Aarin A. Zeif (SBN 24 7088) |
| | Aarin@wageandhourlaw.com |
| 3 | THE GOULD LAW FIRM |
| | A Professional Law Corporation |
| 4 | 161 Fashion Lane, Suite 207 |
| | Tustin, California 92780 |
| 5 | Telephone: (714) 669-2850 |
| | Facsimile: (714) 544-0800 |
| 6 | |
| 7 | Attorneys for Plaintiffs |
| | Richard Alanis and |
| | Margaret Towns |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALANIS, MARGARET TOWNS, | **CASE NO.: 8:22-cv-01029-DOC-KES** |
| | [Assigned to the Honorable David O. Carter] |
| Plaintiffs, | |
| V. | **ORDER DISMISSING ACTION** |
| AUDITONE, LLC, and DOES 1 through 25, | |
| Defendants. | Case Filed: August 11, 2021 |
| | Trial Date: None Set |

- 1 -

**[PROPOSED] ORDER DISMISSING ACTION**

# ORDER

Based on the Stipulation for Dismissal and upon a finding of good cause, the Court hereby orders that all individual claims asserted in this Action shall be, and are, voluntarily DISMISSED WITH PREJUDICE and all class claims and representative claims are DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorney's fees, expenses and costs of court, if any.

Dated: July 18, 2022

_____
Hon. Judge David O. Carter
United States District Court Judge